IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr37-MHT |
| JOHN THOMPSON LANIER and | ) | (WO) |
| RICHARD K. HARRIS, | ) | |
| | ) | |
| Appellees. | ) | |

### ORDER

By agreement of the parties and based on the representations made on the record on June 20, 2012, it is ORDERED that the appeal in this case (Doc. No. 18) is continued pending the resolution in <u>Evans v. Michigan</u>, __ S. Ct. __, 2012 WL 1565707 (June 11, 2012). The government is to inform the court when there is a resolution.

DONE, this the 21st day of June, 2012.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE